**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HARRY BUTLER, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 20-1919 (RMM) |
|  | ) |
| ANDREW M. SAUL, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Harry Butler ("Plaintiff" or "Mr. Butler") seeks reversal of a decision by the Commissioner of the Social Security Administration in which an Administrative Law Judge ("ALJ") denied Mr. Butler's application for disability insurance benefits and supplemental security income. *See* Compl., ECF No. 1. Upon written consent of the parties, this case was referred to the undersigned for all purposes. *See* Apr. 12, 2021 Min. Order.

On May 12, 2021, Mr. Butler moved for judgment of reversal ("Motion for Judgment of Reversal"). *See* Pl.'s Mot. J. Reversal, ECF No. 14. On May 27, 2021, Defendant Andrew M. Saul ("Commissioner") moved, with Mr. Butler's consent, for entry of judgment that reverses the Commissioner's final decision and remands this matter for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g) ("Motion to Remand"). *See* Def's Mot. Remand, ECF No. 15. Upon remand, the parties agree that the ALJ should (1) further develop the record, if necessary, (2) offer Mr. Butler an opportunity for another hearing, and (3) issue a new decision. *See id.* at 1.

Under sentence four of 42 U.S.C. § 405(g), the Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a hearing." *Shalala v. Schaefer*, 509 U.S. 292, 296 n.1 (1993). Having considered the parties' submissions,[1] the relevant case law and statutory provisions, and the record of this case as a whole, the Court **GRANTS** the Commissioner's Motion to Remand. The final decision of the Commissioner is reversed, and this matter is remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Further, given this order granting the Commissioner's Motion to Remand, the Court **DENIES AS MOOT** Plaintiff's Motion for Judgment of Reversal.

Date: ___06/09/2021___                    Signed: _____

---

[1] Pl.'s Mot. J. Reversal; Def.'s Mot. Remand.